**Fill in this information to identify the case:**

Debtor Name   RGV Pump & Equipment LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 23-10223

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11
12/17

Month:   January 2024

Date report filed:  2/19/2024
MM/DD/YYYY

Line of business:  Tanks and Lubricants

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Julissa Fuentes

Original signature of responsible party   Julissa Fuentes

Printed name of responsible party     Julissa Fuentes

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ___RGV Pump & Equipment LLC_____     Case number 23-10223 _____

17. Have you paid any bills you owed before you filed bankruptcy?     ❏ ☑ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 18,975.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 67,530.19

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.     – $ 47,325.71

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.     + $ 20,204.48
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ 39,179.48

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 756.00

    *(Exhibit E)*

Debtor Name ___RGV Pump & Equipment LLC___         Case number 23-10223 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $  20,794.63

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        8

27. What is the number of employees as of the date of this monthly report?            8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      750.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $    2250.00

30. How much have you paid this month in other professional fees?                    $       0.00

31. How much have you paid in total other professional fees since filing the case?              $       0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 57,600.00 | — | $ 67,530.19 | = | $-9930.19 |
| 33. **Cash disbursements** | $ 54,112.00 | — | $ 47,325.71 | = | $ 6,786.29 |
| 34. **Net cash flow** | $ 3,488.00 | — | $ 20,204.48 | = | $ -16,716.48 |

35. Total projected cash receipts for the next month:                           $  57,600.00

36. Total projected cash disbursements for the next month:                     − $  54,112.00

37. Total projected net cash flow for the next month:                          = $   3,488.00

Debtor Name    RGV Pump & Equipment LLC                    Case number 23-10223

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Explanations for Questionnaire

Debtor Name: RGV Pump & Equipment LLC
Case #: 23-10223
Month: JANUARY 01-31, 2024

**Exhibit C**

Line Item 20: Total Cash Receipts

Total Cash Receipts from DIP bank accounts - $67,530.19

Deposits made to DIP bank account ending in 2849 – Wells Fargo

| | | |
|---|---|---|
| 1/03/2024 | Credit card payment from customer | $4,594.84 |
| 01/03/2024 | Square POS ACH Verification | $.01 |
| 01/03/2024 | Check / cash payments from customers | $6,104.74 |
| 01/03/2024 | Cashier's check from original bank account LSNB – Closing balance | $189.10 |
| 01/04/2024 | Credit card payment from customer | $8,951.03 |
| 01/08/2024 | Check / cash payments from customers | $1,489.70 |
| 01/11/2024 | Check / cash payments from customers | $2,132.53 |
| 01/16/2024 | Check / cash payments from customers | $3,154.51 |
| 01/17/2024 | Purchase return from McCoys | $23.09 |
| 01/19/2024 | ACH payment from customers | $10,173.81 |
| 01/22/2024 | ACH payment from customers | $9,866.52 |
| 01/26/2024 | Check / cash payments from customers | $2,084.02 |
| 01/26/2024 | Check / cash payments from customers | $3,615.56 |
| 01/29/2024 | ACH payment from customers | $9,784.96 |
| 01/30/2024 | ACH payment from customers | $2,365.26 |
| 01/31/2024 | Check / cash payments from customers | $3,000.51 |
| | Total: | $67,530.19 |

**Exhibit D**

Line Item 21: Total Cash Disbursements

Total Cash Disbursements from DIP & Original bank accounts - $47,325.71

Debits from DIP bank account ending in 2849 – Wells Fargo

| | | |
|---|---|---|
| 01/03/2024 | McCoys | $9.61 |
| 01/03/2024 | Withdrawal to close balance at LSNB | $209.00 |
| 01/03/2024 | Gusto - Payroll Fees | $93.81 |
| 01/03/2024 | Square Inc ACH Verify | $.01 |
| 01/03/2024 | 8110 Check | $400.00 |
| 01/03/2024 | 8109 Check | $500.00 |
| 01/04/2024 | City of San Benito | $203.25 |

RGV Pump & Equipment, LLC
2050 Utex Dr, San Benito, TX 78586
(956) 399-1400

Monthly Operating Report for Small Business under Chapter 11

Explanations for Questionnaire

Debtor Name: RGV Pump & Equipment LLC
Case #: 23-10223
Month: JANUARY 01-31, 2024

| 01/04/2024 | City of San Benito | $121.92 |
|---|---|---|
| 01/04/2024 | City of San Benito | $192.50 |
| 01/04/2024 | Advance Auto Parts Harlingen | $62.76 |
| 01/04/2024 | McCoys | $6.46 |
| 01/04/2024 | Sinopec - COGS | $4,137.32 |
| 01/04/2024 | Cashed Check 8112 | $534.00 |
| 01/04/2024 | Check 8111 | $411.13 |
| 01/04/2024 | Business to Business ACH Debit - Gusto Tax | $558.26 |
| 01/04/2024 | Business to Business ACH Debit - Gusto Net | $1,492.54 |
| 01/05/2024 | Cashed Check 8106 | $500.00 |
| 01/05/2024 | Cashed Check 8114 | $700.00 |
| 01/05/2024 | Prog Ins Prem 240104 Pol 974261541 | $3,820.36 |
| 01/08/2024 | Fuel - Lawnmower | $8.00 |
| 01/08/2024 | Luby's | $91.14 |
| 01/08/2024 | Spectrum | $123.63 |
| 01/08/2024 | Check 8113 | $100.00 |
| 01/10/2024 | Wire Trans Svc Charge | $25.00 |
| 01/10/2024 | Purchase authorized Petroleum Service – COGS Prepaid by customer | $320.75 |
| 01/10/2024 | Orangen LLC – Building Lease | $1,500.00 |
| 01/10/2024 | TX Comptroller Tax Pymt via EDI | $50.00 |
| 01/10/2024 | TX Comptroller Tax Pymt via EDI | $50.00 |
| 01/11/2024 | Spectrum VoIP, Inc. | $72.62 |
| 01/11/2024 | Spectrum VoIP, Inc. | $36.31 |
| 01/11/2024 | USPS | $7.21 |
| 01/11/2024 | Gusto – Payroll Fees | $95.08 |
| 01/11/2024 | Gusto – Payroll Taxes | $1,186.85 |
| 01/11/2024 | Gusto - Payroll | $4,407.93 |
| 01/12/2024 | Texas Branding Iron | $47.25 |
| 01/12/2024 | Happy Chicken | $27.90 |
| 01/12/2024 | Cintas Corporation | $528.30 |
| 01/12/2024 | TX Comptroller Webfile Tax Payment – Sales Tax | $953.78 |
| 01/12/2024 | TX Comptroller Webfile Tax Payment – Sales Tax | $1,256.77 |
| 01/16/2024 | HinoGas – Propane for Forklift | $28.35 |
| 01/16/2024 | City of San Benito | $191.41 |
| 01/16/2024 | City of San Benito | $203.25 |
| 01/16/2024 | City of San Benito | $64.74 |
| 01/16/2024 | CCRM TX Toll Roads | $21.02 |
| 01/16/2024 | CCRM TX Toll Roads | $18.09 |
| 01/16/2024 | TxTag Toll Roads | $76.79 |

Monthly Operating Report for Small Business Under Chapter 11

Explanations for Questionnaire

Debtor Name: RGV Pump & Equipment LLC
Case #: 23-10223
Month: JANUARY 01-31, 2024

| 01/16/2024 | McCoys - | $13.48 |
|---|---|---|
| 01/16/2024 | Check 8117 | $700.00 |
| 01/16/2024 | Check 8120 | $56.27 |
| 01/16/2024 | Check 8118 | $100.00 |
| 01/16/2024 | Check 8119 | $3,290.00 |
| 01/17/2024 | Los Nortenos Mexican Restaurant | $50.98 |
| 01/17/2024 | Ambit Energy, LLC | $254.53 |
| 01/17/2024 | Ambit Energy, LLC | $130.49 |
| 01/17/2024 | McCoys | $32.53 |
| 01/17/2024 | Premier Consulting – Insurance Fee | $27.08 |
| 01/17/2024 | Nuga Diesel | $51.31 |
| 01/18/2024 | Gusto – Payroll Fees | $95.08 |
| 01/18/2024 | Gusto – Payroll Taxes | $1,449.18 |
| 01/18/2024 | Gusto – Payroll Taxes | $5,315.95 |
| 01/19/2024 | Check 8124 | $600.00 |
| 01/22/2024 | L&M Superette – Fuel | $76.00 |
| 01/22/2024 | Cashed Check 8122 | $260.00 |
| 01/22/2024 | Check 8123 | $100.00 |
| 01/23/2024 | HinoGas – Propane for Forklift | $28.00 |
| 01/23/2024 | Subway | $35.33 |
| 01/23/2024 | The Lane Law Firm | $750.00 |
| 01/24/2024 | Happy Chicken | $33.48 |
| 01/24/2024 | Texas Mutual – Workers Compensation | $312.93 |
| 01/25/2024 | USPS | $10.16 |
| 01/25/2024 | Gusto – Payroll Fees | $95.08 |
| 01/25/2024 | Gusto – Payroll Taxes | $1,248.78 |
| 01/25/2024 | Gusto – Payroll Taxes | $4,311.81 |
| 01/25/2024 | Check 8125 | $200.00 |
| 01/26/2024 | McCoys | $6.22 |
| 01/26/2024 | Cashed Check 8126 | $500.00 |
| 01/29/2024 | Fuel - Lawnmower | $8.79 |
| 01/29/2024 | Check 8127 | $500.00 |
| 01/30/2024 | O'Reilly's | $27.57 |
| 01/30/2024 | Growbooks Bookeeping | $530.00 |
| 01/31/2024 | Just Fresh | $64.35 |
| 01/31/2024 | Matheson Trigas | $130.01 |
| 01/31/2024 | Allegra Print – W.O manifest re-order | $485.21 |
| | Total: | $47,325.71 |

RGV Pump & Equipment, LLC
2050 Utex Dr, San Benito, TX 78586
(956) 399-1400

Monthly Operating Report for Small Business under Chapter 11
Explanations for Questionnaire

Debtor Name: RGV Pump & Equipment LLC
Case #: 23-10223
Month: JANUARY 01-31, 2024

**Exhibit E**

Line Item 24: Total Payables

Balances incurred in January: $756.35

**Safety-Kleen: $598.14 – Used oily rags removal.**

**Utility Trailers: $158.21 – Parts for repairs on company vehicles**

**Exhibit F**

Line Item 25: Total Receivables

Supporting documentation attached and labeled "MOR JAN 2024 – EXHIBIT F – LINE ITEM 25

RGV Pump & Equipment, LLC
2050 Utex Dr, San Benito, TX 78586
(956) 399-1400

## RGV Pumps & Equipment, LLC
## Invoice List by Date
### January 2024

| Date | Transaction Type | Num | Name | Due Date | Amount | Open Balance |
|------|------|------|------|------|------|------|
| 01/02/2024 | Invoice | 54184 | Trico Products | 01/02/2024 | 4,761.65 | 0.00 |
| 01/03/2024 | Invoice | 54185 | Trico Products | 01/03/2024 | 8,749.86 | 0.00 |
| 01/04/2024 | Invoice | 54186 | Ismael Yanez | 02/03/2024 | 1,531.47 | 405.34 |
| 01/05/2024 | Invoice | 54187 | Key Performance Petroleum | 01/05/2024 | 1,735.60 | 1,735.60 |
| 01/05/2024 | Invoice | 54188 | Standard Mold USA | 02/04/2024 | 470.01 | 470.01 |
| 01/05/2024 | Invoice | 54199 | Thermo Fluids | 01/20/2024 | 5,101.58 | 199.06 |
| 01/05/2024 | Invoice | 54226 | Thermo Fluids | 01/20/2024 | 4,964.00 | 0.00 |
| 01/09/2024 | Invoice | 54189 | Royal Technologies Corp | 02/08/2024 | 662.08 | 662.08 |
| 01/09/2024 | Invoice | 54190 | Key Performance Petroleum | 01/09/2024 | 1,128.14 | 1,128.14 |
| 01/10/2024 | Invoice | 54191 | Brownsville & Rio Grande International RR c/o | 02/09/2024 | 3,905.28 | 3,905.28 |
| 01/11/2024 | Invoice | 54192 | Joseph Aguirre | 02/10/2024 | 1,500.00 | 0.00 |
| 01/11/2024 | Invoice | 54193 | Joseph Aguirre | 02/10/2024 | 632.53 | 0.00 |
| 01/11/2024 | Invoice | 54195 | Standard Mold USA | 02/10/2024 | 1,772.27 | 1,772.27 |
| 01/11/2024 | Invoice | 54200 | ISS Action, Inc | 02/10/2024 | 50.00 | 50.00 |
| 01/12/2024 | Invoice | 54194 | Royal Technologies Corp | 02/11/2024 | 2,072.99 | 2,072.99 |
| 01/17/2024 | Invoice | 54201 | Joe's Master Service Center | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54202 | Valley Paving Inc | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54203 | Precision Multiservice | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54204 | J&J Auto Shop | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54205 | Mission Truck Sales | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54206 | Competition Automotive Repair | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54207 | RGV Heavy Supply | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54208 | El Flaco Truck and Trailer Repair | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54209 | Nano's Truck & Trailer Repair | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54210 | Isreal Barrera | 02/16/2024 | 0.00 | 0.00 |
| 01/17/2024 | Invoice | 54211 | Lackner Enterprises LLC | 02/16/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54212 | Gulley-Hurst Landfill | 02/17/2024 | 876.83 | 0.00 |

| 01/18/2024 | Invoice | 54213 | Apollo Towing | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54214 | Victory Auto Body | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54215 | Stream Construction | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54216 | Precision Performance | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54217 | Mechanic Shop | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54218 | Williamson Boat Works | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54219 | Perez Services | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54220 | Carmony Car Care | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54221 | Frisby-Bell Gin Co | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54222 | Mata Trucking | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54223 | C R J Transport LLC | 02/17/2024 | 0.00 | 0.00 |
| 01/18/2024 | Invoice | 54224 | Chuck McDonald Farm | 02/17/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54225 | Innovative Industrial | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54227 | Castillo Auto Repair | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54228 | Fidel's Auto Sales | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54229 | Autos Gonzalez | 02/18/2024 | 50.00 | 0.00 |
| 01/19/2024 | Invoice | 54230 | 107 Diesel Shop | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54231 | CL Autosales Inc. | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54232 | Ramiro A.S. | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54233 | Cerventes | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54234 | SCORPIO TRUCKING LLC | 02/18/2024 | 0.00 | 0.00 |
| 01/19/2024 | Invoice | 54304 | Thermo Fluids | 02/03/2024 | 4,856.80 | 0.00 |
| 01/19/2024 | Invoice | 54305 | Thermo Fluids | 02/03/2024 | 4,928.00 | 0.00 |
| 01/22/2024 | Invoice | 54237 | Cameron County Irrigation District #2 | 02/21/2024 | 877.00 | 0.00 |
| 01/22/2024 | Invoice | 54238 | Choco's Tire Shop | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54239 | Hinojosa Transport | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54240 | Gonzalez Diesel Shop | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54241 | Ultimate Trucking Logistics LLC | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54242 | Texas Stacks Diesel Repair | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54243 | J. Guerrero Transport | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54244 | 18 Wheeler Diesel Repair | 02/21/2024 | 0.00 | 0.00 |
| 01/22/2024 | Invoice | 54245 | Milo's | 02/21/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54235 | Joseph Aguirre | 02/22/2024 | 391.19 | 0.00 |
| 01/23/2024 | Invoice | 54236 | Hidalgo County PCT. 1 | 02/22/2024 | 1,401.25 | 1,401.25 |

2

| 01/23/2024 | Invoice | 54246 | Dominguez Automobile Service | 02/22/2024 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 01/23/2024 | Invoice | 54247 | Gonzalez Diesel Shop | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54248 | Tony Butler Golf Course | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54249 | Matt Brown Auto Body Works | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54250 | Pacheco Used Auto Parts | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54272 | Chuy's Trailer Repair & Auto | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54273 | Villanueva Tires & Wheels | 02/22/2024 | 0.00 | 0.00 |
| 01/23/2024 | Invoice | 54274 | Diesel Mechanic | 02/22/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54254 | Brownsville & Rio Grande International RR c/o | 02/23/2024 | 2,365.26 | 0.00 |
| 01/24/2024 | Invoice | 54256 | Mike's Tire Shop | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54257 | Ramsey Farms | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54261 | DIAMOND 8 INDUSTRIES | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54263 | 4Bros Tire Shop | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54264 | Nuestra Famila | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54265 | Arturo Guzman | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54266 | George Auto Services | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54275 | PRAISING GOD ENTERPRISES LLC | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54276 | Share Point Auto Parts & Service | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54277 | Juan's Welding & Auto Services | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54278 | Chavez Auto Serv | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54279 | Rental World | 02/23/2024 | 0.00 | 0.00 |
| 01/24/2024 | Invoice | 54280 | Valley Auto & Machine Shop | 02/23/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54251 | Joseph Aguirre | 02/24/2024 | 475.00 | 0.00 |
| 01/25/2024 | Invoice | 54262 | Warrington Brothers | 02/24/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54269 | Lucky 7 Truck & Auto Shop | 02/24/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54270 | Franky J Auto Service | 02/24/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54271 | GLY Transport, LLC | 02/24/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54284 | VAZQUEZ TRUCKING | 02/24/2024 | 0.00 | 0.00 |
| 01/25/2024 | Invoice | 54285 | Figueroa Logistics LLC | 02/24/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54255 | Garcia Farm | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54258 | Figueroa's Transport, INC | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54259 | Heritage Farms | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54260 | R L Abatement Inc | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54267 | 911 Mechanic Shop | 02/25/2024 | 0.00 | 0.00 |

| 01/26/2024 | Invoice | 54268 | Solis Tires Services | 02/25/2024 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 01/26/2024 | Invoice | 54281 | FB TRANSPORTS | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54282 | Zuniga Diesel Repair | 02/25/2024 | 0.00 | 0.00 |
| 01/26/2024 | Invoice | 54283 | Sola Fide Logistics LLC | 02/25/2024 | 29.25 | 29.25 |
| 01/26/2024 | Invoice | 54286 | Express Fleet Services Co. | 02/25/2024 | 0.00 | 0.00 |
| 01/27/2024 | Invoice | 54252 | Diamond L Materials | 02/26/2024 | 1,125.00 | 1,125.00 |
| 01/29/2024 | Invoice | 54253 | Abraham Perez | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54287 | Reid Farms | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54288 | Reid Farms | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54290 | Jose Segura | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54291 | JR's Tires and Wheels | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54292 | Morin Repair Service | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54293 | DS Carrier | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54294 | Reavis Farms, Inc. | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54295 | Torres Auto Services | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54296 | Mula's Truck Service | 02/28/2024 | 0.00 | 0.00 |
| 01/29/2024 | Invoice | 54297 | MAG HAULING LLC | 02/28/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54289 | KEY PETROL | 02/29/2024 | 415.03 | 415.03 |
| 01/30/2024 | Invoice | 54298 | Jr's transportation | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54299 | Jaime's Trucking | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54300 | FERGO CARRIERS LLC | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54301 | Delafuente Mechanic Shop | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54302 | AA Trucking | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54303 | Royal Technologies Corp | 02/29/2024 | 5,423.33 | 5,423.33 |
| 01/30/2024 | Invoice | 54306 | SPI Mechanix Co. | Auto Repair Service | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54307 | City Of Los Fresnos Water Treatment Plant | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54308 | La Hormiga Tire Shop | 02/29/2024 | 0.00 | 0.00 |
| 01/30/2024 | Invoice | 54309 | Bodden & Caddell Inc | 02/29/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54310 | La Hormiga Tire Shop | 03/01/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54311 | Am Diesel Shop | 03/01/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54312 | Ricardo Alvarado | 03/01/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54313 | P & M Trucking Inc | 03/01/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54314 | Hanka Sod Grass Farm | 03/01/2024 | 0.00 | 0.00 |
| 01/31/2024 | Invoice | 54315 | Alfredo Lopezz | 03/01/2024 | 0.00 | 0.00 |

| 01/31/2024 | Invoice | 54316 | Gerardo Diesel Mechanic | 03/01/2024 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 01/31/2024 | Invoice | 54317 | Economy Tires & Wheels | 03/01/2024 | 0.00 | 0.00 |
| | | | | | 62,251.40 | 20,794.63 |

# Wells Fargo Combined Statement of Accounts

January 31, 2024 ■ Page 1 of 8



RGV PUMP & EQUIPMENT L.L.C
DBA OIL RUNNERS
DEBTOR IN POSSESSION
CH 11 CASE 23-10223 (STX)
2050 UTEX DR
SAN BENITO TX 78586-7728

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Initiate Business Checking <sup>SM</sup> | 2 | ████2849 | 17,513.57 | 37,718.05 |
| Business Market Rate Savings | 6 | ████0897 | 25.00 | 25.00 |
| | | Total deposit accounts | $17,538.57 | $37,743.05 |

January 31, 2024 ■ Page 2 of 8



# Initiate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $17,513.57 |
| Deposits/Credits | 67,530.19 |
| Withdrawals/Debits | - 47,325.71 |
| Ending balance on 1/31 | $37,718.05 |

Account number: ▓▓▓▓ 2849

RGV PUMP & EQUIPMENT L.L.C
DBA OIL RUNNERS
DEBTOR IN POSSESSION
CH 11 CASE 23-10223 (STX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Square Inc 240103P2 240103 L207850853119 Eliud George | 4,594.84 | | |
| 1/3 | | Square Inc Acctverify 240103 T3C14C6x96Kpsh8 Eliud George | 0.01 | | |
| 1/3 | | Deposit Made In A Branch/Store | 6,104.74 | | |
| 1/3 | | Deposit Made In A Branch/Store | 189.10 | | |
| 1/3 | | Purchase authorized on 01/02 McCoys #103 San Benito TX S384002759151044 Card 0517 | | 9.61 | |
| 1/3 | | Withdrawal Made In A Branch/Store | | 209.00 | |
| 1/3 | < | Business to Business ACH Debit - Gusto Fee 481491 240103 6Semk010E5D Rgv Pumps & Equipment | | 93.81 | |
| 1/3 | | Square Inc Acctverify 240103 T3Mtedk3Dyshf99 Eliud George | | 0.01 | |
| 1/3 | 8110 | Check | | 400.00 | |
| 1/3 | 8109 | Check | | 500.00 | 27,189.83 |
| 1/4 | | Square Inc 240104P2 240104 L207851022783 Eliud George | 8,951.03 | | |
| 1/4 | | Purchase authorized on 01/03 City of San Benito 956-361-3804 TX S584003564044374 Card 9847 | | 203.25 | |
| 1/4 | | Purchase authorized on 01/03 City of San Benito 956-361-3804 TX S464003565047384 Card 9847 | | 121.92 | |
| 1/4 | | Purchase authorized on 01/03 City of San Benito 956-361-3804 TX S464003566707257 Card 9847 | | 192.50 | |
| 1/4 | | Purchase authorized on 01/03 Advance Auto Parts Harlingen TX S584003623786490 Card 9847 | | 62.76 | |
| 1/4 | | Purchase authorized on 01/03 McCoys #103 San Benito TX S304003670144086 Card 0517 | | 6.46 | |
| 1/4 | | Purchase authorized on 01/03 Sp Buysinopec.Com Strykerlubric NJ S304003697340600 Card 9847 | | 4,137.32 | |
| 1/4 | 8112 | Cashed Check | | 534.00 | |
| 1/4 | 8111 | Check | | 411.13 | |
| 1/4 | < | Business to Business ACH Debit - Gusto Tax 512425 240104 6Semk01Nncf Rgv Pumps & Equipment | | 558.26 | |
| 1/4 | < | Business to Business ACH Debit - Gusto Net 512521 240104 6Semk01Nnce Rgv Pumps & Equipment | | 1,492.54 | 28,420.72 |
| 1/5 | 8106 | Cashed Check | | 500.00 | |
| 1/5 | 8114 | Cashed Check | | 700.00 | |
| 1/5 | | Prog County Mut Ins Prem 240104 Pol 974261541 Rgv Pump Equipment | | 3,820.36 | 23,400.36 |
| 1/8 | | Deposit Made In A Branch/Store | 1,489.70 | | |

January 31, 2024 ■ Page 3 of 8



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/8 | | Purchase authorized on 01/04 SE40735 San Benito TX S464004590990722 Card 9847 | | 8.00 | |
| 1/8 | | Purchase authorized on 01/05 Luby's 0036 Harlin Harlingen TX S304005659140604 Card 0517 | | 91.14 | |
| 1/8 | | Spectrum Spectrum 240105 7497350 Rgv Pump & Equipment, | | 123.63 | |
| 1/8 | 8113 | Check | | 100.00 | 24,567.29 |
| 1/10 | | Wire Trans Svc Charge - Sequence: 240110150564 Srf# Ow00004034306892 Trn#240110150564 Rfb# Ow00004034306892 | | 25.00 | |
| 1/10 | | Purchase authorized on 01/09 Petroleum Service 570-822-1151 PA S384009649814250 Card 9847 | | 320.75 | |
| 1/10 | | WT Fed#06992 First Financial Ba /Ftr/Bnf=Orangen LLC Srf# Ow00004034306892 Trn#240110150564 Rfb# Ow00004034306892 | | 1,500.00 | |
| 1/10 | < | Business to Business ACH Debit - TX Comptroller Tax Pymt 74469493/40109 33311/12345/EDI/Xml - | | 50.00 | |
| 1/10 | < | Business to Business ACH Debit - TX Comptroller Tax Pymt 74469494/40109 33311/12345/EDI/Xml - | | 50.00 | 22,621.54 |
| 1/11 | | Deposit Made In A Branch/Store | 2,132.53 | | |
| 1/11 | | Purchase authorized on 01/10 Spectrumvoip, Inc. 972-3120388 TX S584010764931397 Card 0517 | | 72.62 | |
| 1/11 | | Purchase authorized on 01/10 Spectrumvoip, Inc. 972-3120388 TX S464010766845834 Card 0517 | | 36.31 | |
| 1/11 | | Purchase authorized on 01/11 USPS PO 48799505 200 W HI San Benito TX P584011790939372 Card 0517 | | 7.21 | |
| 1/11 | < | Business to Business ACH Debit - Gusto Csd 661657 240111 6Semk03Doid Rgv Pumps & Equipment | | 95.08 | |
| 1/11 | < | Business to Business ACH Debit - Gusto Tax 663060 240111 6Semk03Doic Rgv Pumps & Equipment | | 1,186.85 | |
| 1/11 | < | Business to Business ACH Debit - Gusto Net 663065 240111 6Semk03Doib Rgv Pumps & Equipment | | 4,407.93 | 18,948.07 |
| 1/12 | | Purchase authorized on 01/10 Texas Branding Iro Harlingen TX S384010650597853 Card 0517 | | 47.25 | |
| 1/12 | | Purchase authorized on 01/11 Happy Chicken San Benito TX S464011705015976 Card 0517 | | 27.90 | |
| 1/12 | < | Business to Business ACH Debit - Cintascorporatio 110Ec64E16 1001214211 Rgv Pump & Equipment L | | 528.30 | |
| 1/12 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/74489386 33311/12345/EDI/Xml - | | 953.78 | |
| 1/12 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/74489363 33311/12345/EDI/Xml - | | 1,256.77 | 16,134.07 |
| 1/16 | | Deposit Made In A Branch/Store | 3,154.51 | | |
| 1/16 | | Purchase authorized on 01/12 Hino Gas Sales Harlingen TX S304012736392383 Card 0517 | | 28.35 | |
| 1/16 | | Purchase authorized on 01/12 City of San Benito 956-361-3804 TX S584012792716063 Card 9847 | | 191.41 | |
| 1/16 | | Purchase authorized on 01/12 City of San Benito 956-361-3804 TX S384012793463629 Card 9847 | | 203.25 | |
| 1/16 | | Purchase authorized on 01/12 City of San Benito 956-361-3804 TX S584012793995686 Card 9847 | | 64.75 | |
| 1/16 | | Purchase authorized on 01/15 Sh550Toll Tps Ccrm 956-6215571 TX S384015627543125 Card 9847 | | 21.02 | |
| 1/16 | | Purchase authorized on 01/15 Rma Toll 833-762-8655 CA S464015631081897 Card 9847 | | 18.09 | |
| 1/16 | | Purchase authorized on 01/15 Txtag 888 468 9824 888-468-9824 TX S304015632965965 Card 9847 | | 76.79 | |
| 1/16 | | Purchase authorized on 01/15 McCoys #103 San Benito TX S464015668658140 Card 9847 | | 13.48 | |
| 1/16 | 8117 | Check | | 700.00 | |
| 1/16 | 8120 | Check | | 56.27 | |
| 1/16 | 8118 | Check | | 100.00 | |
| 1/16 | 8119 | Check | | 3,290.00 | 14,525.17 |
| 1/17 | | Purchase Return authorized on 01/16 McCoys #103 San Benito TX S584016750000653 Card 0517 | 23.09 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/17 | | Purchase authorized on 01/15 Los Nortenos Mexic Harlingen TX S464015606788929 Card 0517 | | 50.98 | |
| 1/17 | | Purchase authorized on 01/15 Ambit Texas, LLC 877-282-6248 TX S584015620837402 Card 9847 | | 254.53 | |
| 1/17 | | Purchase authorized on 01/15 Ambit Texas, LLC 877-282-6248 TX S384015626323645 Card 9847 | | 130.49 | |
| 1/17 | | Purchase authorized on 01/16 McCoys #103 San Benito TX S464016722140771 Card 0517 | | 32.53 | |
| 1/17 | | Purchase authorized on 01/16 Premierconsultingp Austin TX S464016757540031 Card 9847 | | 27.08 | |
| 1/17 | | Purchase authorized on 01/16 Nuga Diesel Inc Brownsville TX S584016780294985 Card 0517 | | 51.31 | 14,001.34 |
| 1/18 | < | Business to Business ACH Debit - Gusto Csd 846066 240118 6Semk05Mv9V Rgv Pumps & Equipment | | 95.08 | |
| 1/18 | < | Business to Business ACH Debit - Gusto Tax 846064 240118 6Semk05Mv9U Rgv Pumps & Equipment | | 1,449.18 | |
| 1/18 | < | Business to Business ACH Debit - Gusto Net 846161 240118 6Semk05Mv9T Rgv Pumps & Equipment | | 5,315.95 | 7,141.13 |
| 1/19 | | Clean Harbors Direct Pay 240119 0000126076 0000000000000000475452 | 10,173.81 | | |
| 1/19 | 8124 | Check | | 600.00 | 16,714.94 |
| 1/22 | | Clean Harbors Direct Pay 240119 0000126076 0000000000000000476486 | 9,866.52 | | |
| 1/22 | | Purchase authorized on 01/18 L & M Superette Kingsville TX S384018713999347 Card 9847 | | 76.00 | |
| 1/22 | 8122 | Cashed Check | | 260.00 | |
| 1/22 | 8123 | Check | | 100.00 | 26,145.46 |
| 1/23 | | Purchase authorized on 01/22 Hino Gas Sales Harlingen TX S304022617141420 Card 9847 | | 28.00 | |
| 1/23 | | Purchase authorized on 01/22 Subway 10699 San Benito TX S304022687698604 Card 0517 | | 35.33 | |
| 1/23 | < | Business to Business ACH Debit - The Lane Law Fir Corp Coll Rgv Pumps | | 750.00 | 25,332.13 |
| 1/24 | | Purchase authorized on 01/23 Happy Chicken San Benito TX S584023702729899 Card 0517 | | 33.48 | |
| 1/24 | | Texas Mutual Payment 240123 2964970 Eliud *George | | 312.93 | 24,985.72 |
| 1/25 | | Purchase authorized on 01/25 USPS PO 48799505 200 W HI San Benito TX P304025827339991 Card 0517 | | 10.16 | |
| 1/25 | < | Business to Business ACH Debit - Gusto Csd 998837 240125 6Semk0710Lq Rgv Pumps & Equipment | | 95.08 | |
| 1/25 | < | Business to Business ACH Debit - Gusto Tax 999630 240125 6Semk0710Lp Rgv Pumps & Equipment | | 1,248.78 | |
| 1/25 | < | Business to Business ACH Debit - Gusto Net 998834 240125 6Semk0710Lo Rgv Pumps & Equipment | | 4,311.81 | |
| 1/25 | 8125 | Check | | 200.00 | 19,119.89 |
| 1/26 | | Deposit Made In A Branch/Store | 2,084.02 | | |
| 1/26 | | Deposit Made In A Branch/Store | 3,615.56 | | |
| 1/26 | | Purchase authorized on 01/25 McCoys #103 San Benito TX S384025729679919 Card 9847 | | 6.22 | |
| 1/26 | 8126 | Cashed Check | | 500.00 | 24,313.25 |
| 1/29 | | Clean Harbors Direct Pay 240126 0000126076 0000000000000000477731 | 9,784.96 | | |
| 1/29 | | Purchase authorized on 01/26 SE40735 San Benito TX S304026780711347 Card 0517 | | 8.79 | |
| 1/29 | 8127 | Check | | 500.00 | 33,589.42 |
| 1/30 | | Omnitrax Achpymt 140840 Rgv Pump & Equipment, | 2,365.26 | | |
| 1/30 | | Purchase authorized on 01/29 O'Reilly 621 San Benito TX S464029657270981 Card 0517 | | 27.57 | |
| 1/30 | | Growbooks Sale 240130 Rgv Pump Equipment LLC | | 530.00 | 35,397.11 |
| 1/31 | | Deposit Made In A Branch/Store | 3,000.51 | | |
| 1/31 | | Purchase authorized on 01/30 Sq *Just Fresh Harlingen TX S304030700303324 Card 9847 | | 64.35 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|------|-----|-----|-----|
| 1/31 | | Purchase authorized on 01/30 Matheson Trigas 43 San Benito TX S464030716417037 Card 0517 | | 130.01 | |
| 1/31 | | Purchase authorized on 01/30 Allegra Print Harlingen TX S304030727768216 Card 9847 | | 485.21 | 37,718.05 |
| Ending balance on 1/31 | | | | | 37,718.05 |
| Totals | | | $67,530.19 | $47,325.71 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|-----|------|------|-----|------|------|-----|------|
| 8106 | 1/5 | 500.00 | 8114 | 1/5 | 700.00 | 8123 | 1/22 | 100.00 |
| 8109 * | 1/3 | 500.00 | 8117 * | 1/16 | 700.00 | 8124 | 1/19 | 600.00 |
| 8110 | 1/3 | 400.00 | 8118 | 1/16 | 100.00 | 8125 | 1/25 | 200.00 |
| 8111 | 1/4 | 411.13 | 8119 | 1/16 | 3,290.00 | 8126 | 1/26 | 500.00 |
| 8112 | 1/4 | 534.00 | 8120 | 1/16 | 56.27 | 8127 | 1/29 | 500.00 |
| 8113 | 1/8 | 100.00 | 8122 * | 1/22 | 260.00 | | | |

\* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| • Average ledger balance | $1,000.00 | $21,843.00 ☑ |
| • Minimum daily balance | $500.00 | $7,141.13 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|-----|------|-----|------|------|
| Cash Deposited ($) | 600 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 64 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



 **IMPORTANT ACCOUNT INFORMATION**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Business Market Rate Savings

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $25.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 1/31 | $25.00 |

Account number:  ████ 0897

RGV PUMP & EQUIPMENT L.L.C
DEBTOR IN POSSESSION
CH 11 CASE 23-10223
(STX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $25.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2023 | $0.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $300.00 | $25.00 | ☐ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | ☐ |

YC/YC



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Total service charges | | | | | $0.00 |



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your      $ _____
   register or transfers into        $ _____
   your account which are not        $ _____
   shown on your statement.        + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                        TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801